B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bolt Fuel Oil Company.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Bolt Fuel Oil Company, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-1514676** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**105 S. Rusk St.**<br>**Kilgore, TX**<br>ZIP Code **75662** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gregg** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 1014**<br>**Kilgore, TX**<br>ZIP Code **75663** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **12920 Rusk Co Road 1122, Kilgore, TX 75662** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Bolt Fuel Oil Company.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Bolt Fuel Oil Company.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Eric A. Liepins**
Signature of Attorney for Debtor(s)
   **Eric A. Liepins 12338110**
Printed Name of Attorney for Debtor(s)
   **Eric A. Liepins P.C.**
Firm Name
   **12770 Coit Road**
   **Suite 1100**
   **Dallas, TX 75251**

Address

                                           **Email: eric@ealpc.com**
   **972-991-5591  Fax: 972-991-5788**
Telephone Number
   **August  3, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ John Tompkins**
Signature of Authorized Individual
   **John Tompkins**
Printed Name of Authorized Individual
   **Authorized Representative**
Title of Authorized Individual
   **August  3, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Eastern District of Texas

In re  **Bolt Fuel Oil Company.**              Case No.
                        Debtor(s)              Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Berith Equipment Inc.**<br>**Neil Brazi**<br>**PO Box 2576**<br>**Kilgore, TX 75663** | **Berith Equipment Inc.**<br>**Neil Brazi**<br>**PO Box 2576**<br>**Kilgore, TX 75663** | | | **8,130.60** |
| **East Texas Mack Sales, L.P.**<br>**PO Box 2867**<br>**Longview, TX 75606** | **East Texas Mack Sales, L.P.**<br>**PO Box 2867**<br>**Longview, TX 75606** | | | **2,659.30** |
| **Fleet Pride**<br>**PO Box 847118**<br>**Dallas, TX 75284-7118** | **Fleet Pride**<br>**PO Box 847118**<br>**Dallas, TX 75284-7118** | | | **4,982.12** |
| **FleetMatics USA, LLC**<br>**PO Box 347472**<br>**Pittsburgh, PA 15251-4472** | **FleetMatics USA, LLC**<br>**PO Box 347472**<br>**Pittsburgh, PA 15251-4472** | | | **3,679.71** |
| **G & K Services**<br>**PO Box 677057**<br>**Dallas, TX 75267-7057** | **G & K Services**<br>**PO Box 677057**<br>**Dallas, TX 75267-7057** | | | **28,276.93** |
| **Henry & Peters, P.C.**<br>**1127 Judson Rd.**<br>**Suite 233**<br>**Longview, TX 75601** | **Henry & Peters, P.C.**<br>**1127 Judson Rd.**<br>**Suite 233**<br>**Longview, TX 75601** | | | **11,350.00** |
| **LKD Corp.**<br>**PO Box 1751**<br>**Henderson, TX 75653** | **LKD Corp.**<br>**PO Box 1751**<br>**Henderson, TX 75653** | | | **25,277.70** |
| **M & D Oilfield Service**<br>**PO Box 2**<br>**Garrison, TX 75946** | **M & D Oilfield Service**<br>**PO Box 2**<br>**Garrison, TX 75946** | | | **3,246.10** |
| **Martin L.P. Gas Inc.**<br>**2606 North Longview St.**<br>**Kilgore, TX 75662** | **Martin L.P. Gas Inc.**<br>**2606 North Longview St.**<br>**Kilgore, TX 75662** | | | **51,912.48** |
| **Master Pumps & Equipment**<br>**PO Box 678483**<br>**Dallas, TX 75267-8483** | **Master Pumps & Equipment**<br>**PO Box 678483**<br>**Dallas, TX 75267-8483** | | | **7,790.33** |
| **McMillian Disposal Well - Turnertown**<br>**4010 Water View**<br>**Longview, TX 75605** | **McMillian Disposal Well - Turnertown**<br>**4010 Water View**<br>**Longview, TX 75605** | | | **10,329.20** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Bolt Fuel Oil Company.**                                     Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| NAPA<br>403 N Kilgore St.<br>Kilgore, TX 75662 | NAPA<br>403 N Kilgore St.<br>Kilgore, TX 75662 | | | 8,710.13 |
| Penske Truck Lease<br>PO Box 802577<br>Chicago, IL 60680-2577 | Penske Truck Lease<br>PO Box 802577<br>Chicago, IL 60680-2577 | | Contingent<br>Disputed | 141,440.63 |
| Sabine Disposal Service, LP<br>PO Box 5156<br>Longview, TX 75608 | Sabine Disposal Service, LP<br>PO Box 5156<br>Longview, TX 75608 | | | 2,836.55 |
| Stephen Davis<br>12 Downs Lane Cir<br>Dallas, TX 75230 | Stephen Davis<br>12 Downs Lane Cir<br>Dallas, TX 75230 | | | 300,000.00 |
| Topcat Oilfield Transport LLC<br>2800 Standolind St.<br>Longview, TX 75604 | Topcat Oilfield Transport LLC<br>2800 Standolind St.<br>Longview, TX 75604 | | | 5,211.35 |
| Topcat Oilfield Transport LLC<br>2800 Standolind St.<br>Longview, TX 75604 | Topcat Oilfield Transport LLC<br>2800 Standolind St.<br>Longview, TX 75604 | | | 5,211.35 |
| Velvin Oil Co., Inc.<br>PO Box 920041<br>Henderson, TX 75653 | Velvin Oil Co., Inc.<br>PO Box 920041<br>Henderson, TX 75653 | | | 97,776.45 |
| West Allen<br>211 N. Center St.<br>Longview, TX 75601 | West Allen<br>211 N. Center St.<br>Longview, TX 75601 | | | 7,866.17 |
| Wingfoot Commercial Tire Systems LLC<br>3725 E. Loop Dr.<br>Longview, TX 75602 | Wingfoot Commercial Tire Systems LLC<br>3725 E. Loop Dr.<br>Longview, TX 75602 | | | 5,569.26 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 3, 2015**                    Signature  **/s/ John Tompkins**
                                                       **John Tompkins**
                                                       **Authorized Representative**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Texas

In re **Bolt Fuel Oil Company.**, Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Boltserv, Inc.<br>P.O.Box 1014<br>Kilgore, TX 75663 | | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **August 3, 2015**          Signature **/s/ John Tompkins**

**John Tompkins**
**Authorized Representative**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

Acctrak
PO Box 260
Allen, TX 75013

AFLAC
1932 Wynnton Rd.
World Wide Headquaters
Columbus, GA 31999

BCS
PO Box 1027
Kilgore, TX 75663

Berith Equipment Inc.
Neil Brazi
PO Box 2576
Kilgore, TX 75663

Buisines Coputer Solutions
PO Box 1027
Kilgore, TX 75663

Community Trust Bank
3838 Oak Lawn
Suite P-100
Dallas, TX 75219

Consolidated Communications
PO Box 66523
Saint Louis, MO 63166-6523

Cross Cleaning Solutions
PO Box 1103
Gladewater, TX 75647

CTMI
12720 Hillcrest Rd.
Suite 1010
Dallas, TX 75230

D & D Industrial Welding Supply
PO Box 2245
Kilgore, TX 75663

Darby Equipment Company
Audry Henry
PO Box 210
Marshall, TX 75671

Dr. Gary White
2019 S. Henderson Blvd.
Suite 4
Kilgore, TX 75662-3672

East Mountain Sal Water Disp.
Larry Tate
PO Box 464
Kilgore, TX 75663-0464

East Texas Mack Sales, L.P.
PO Box 2867
Longview, TX 75606

Evergreen Tank Solutions
Dept. #4869
PO Box 4869
Houston, TX 77210-4869

Fleet Pride
PO Box 847118
Dallas, TX 75284-7118

FleetMatics USA, LLC
PO Box 347472
Pittsburgh, PA 15251-4472

Ford Motor Credit
PO Box 542000
Omaha, NE 68154

G & K Services
PO Box 677057
Dallas, TX 75267-7057

Galyean LP
1225 Industrial Dr.
Henderson, TX 75652

Hammett Wrecker Service
4600 SH 43 East
Henderson, TX 75652

Henry & Peters, P.C.
1127 Judson Rd.
Suite 233
Longview, TX 75601

Jack Welding Service
PO Box 291
Gladewater, TX 75647

JDW Services Inc.
405 Riverside Dr.
Gladewater, TX 75647

Joy Wright Mountain
8146 Country Rd. 3111 N
Kilgore, TX 75662

Kilgore Hose & Specialty Warehouse
3103 Hwy 135 N Bldg 1
Kilgore, TX 75662

Kilgore Print Center
116 S. Rusk Street
Kilgore, TX 75662

Kilgore Tire Center
PO Box 1202 Kilgore
Kilgore, TX 75663-1202

LKD Corp.
PO Box 1751
Henderson, TX 75653

M & D Oilfield Service
PO Box 2
Garrison, TX 75946

Macarty Equipment Co., Ltd.
710 S. Commerce St.
Kilgore, TX 75662

Martin L.P. Gas Inc.
2606 North Longview St.
Kilgore, TX 75662

Master Pumps & Equipment
PO Box 678483
Dallas, TX 75267-8483

Matex Wire Rope Co.
1215 Industrial Blvd.
Kilgore, TX 75662

McCarty Equipment Co., LTD
710 S. Commerce St.
Kilgore, TX 75662

McMillian Disposal Well - Turnertown
4010 Water View
Longview, TX 75605

MeadowBrook at Kilgore
1306 Houston St.
Kilgore, TX 75662

NAPA
403 N Kilgore St.
Kilgore, TX 75662

National Oilwell Varco
DNOW
PO Box 40985
Houston, TX 77040-0985

Orkin Pest Control
PO Box 8648
Tyler, TX 75711

Peavine Stor All
4502 Peavine Road
Kilgore, TX 75662

Penske Truck Lease
PO Box 802577
Chicago, IL 60680-2577

Pisces, Inc.
PO Box 2728
Kilgore, TX 75663-2728

Price International, Inc.
PO Box 210
Tyler, TX 75710

Pro-Sale & Service Inc.
PO Box 1956
Kilgore, TX 75663

R.W. Byram & Co.
25 N. Mail St.
Elgin, TX 78621

Rusk County Tax Office
Lanita Whitehead
PO Box 988
Henderson, TX 75652

Sabine Disposal Service, LP
PO Box 5156
Longview, TX 75608

Sparklettes Water
PO Box 660579
Dallas, TX 75266-0579

Stephen Davis
12 Downs Lane Cir
Dallas, TX 75230

Taylor Safety Consulting LLC
PO Box 945
Tatum, TX 75691

TCI Business Capital Inc
12270 Nicollet Ave S
Burnsville, MN 55337

Texas Firehawk
P.O. Box 3034
Longview, TX 75606

The J.W. Green Contractors, Inc.
PO Box 400
Overton, TX 75684

The Nash Books
PO Box 12591
Odessa, TX 79768

The Workingman's OUtfitter
PO Box 268
White Oak, TX 75693

Tifco Ind.
Randy Stephens
PO Box 40277
Houston, TX 77240-0277

Tifco Industries
PO Box 40277
Houston, TX 77240-0277

Topcat Oilfield Transport LLC
2800 Standolind St.
Longview, TX 75604

Tri Tex
PO Box 1820
Kilgore, TX 75663

Velvin Oil Co., Inc.
PO Box 920041
Henderson, TX 75653

Verizon Southwest
PO Box 920041
Dallas, TX 75392-0041

Watson Report Service
PO Box 921
Kilgore, TX 75663

Wells Fargo Equipment Finance
NW 8178
PO Box 1450
Minneapolis, MN 55485-8178

West Allen
211 N. Center St.
Longview, TX 75601

Western Marketing
401 Edwards St.
Suite 2001
Shreveport, LA 71101

Wingfoot Commercial Tire Systems LLC
3725 E. Loop Dr.
Longview, TX 75602

Winzer Coporation
Attn: Sylvia
PO Box 671485
Dallas, TX 75267-1482

XeroxCorp
PO Box 802555
Chicago, IL

ZEP Sales
PO Box 814508
Dallas, TX 75284-1508

# United States Bankruptcy Court
### Eastern District of Texas

In re  **Bolt Fuel Oil Company.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Bolt Fuel Oil Company.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August  3, 2015**
Date

**/s/ Eric A. Liepins**
**Eric A. Liepins 12338110**
Signature of Attorney or Litigant
Counsel for   **Bolt Fuel Oil Company.**
**Eric A. Liepins P.C.**
**12770 Coit Road**
**Suite 1100**
**Dallas, TX 75251**
**972-991-5591 Fax:972-991-5788**
**eric@ealpc.com**